UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2019
```

Etel Echevarrieta,

                            Plaintiffs,

-against-

1236 Second Avenue Restaurant Corp. et al,

                            Defendants.

1:18-cv-03962 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      This case contains claims under the Fair Labor Standards Act. On January 25, 2019 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 30.) On February 19 and February 20, 2019, the parties submitted their proposed settlement agreement and related papers. (ECF Nos. 32-34.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is requested to close the case.

**SO ORDERED.**

DATED:     New York, New York
               February 25, 2019

_____
STEWART D. AARON
United States Magistrate Judge